U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 25 2016
AT____O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEJ PAUL Rupnarine ) <br> Plaintiff(s) ) <br> ) <br> vs. ) <br> ) <br> Chris Scaccia - Sergeant (Schnectady P.D.) ) <br> Brian S. Gray, Esq (Schenectady D.A.'s office) ) <br> Mark J. Sacco (Attorney)   Defendant(s) ) | **INMATE** <br> **CIVIL RIGHTS** <br> **COMPLAINT PURSUANT** <br> **PURSUANT TO** <br> **42 U.S.C. § 1983** <br> <br> Case No. 9:___CV____ <br> 1:16-W-233 |

Plaintiff(s) demand(s) a trial by: ___ JURY   ✓ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

**PARTIES**

2. Plaintiff: TejPaul Rupnarine  13A5394

   Address: Franklin Correctional Facility
   62 Barehill Road
   P.O. Box 10
   Malone, NY 12953

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Sergeant Chris Scaccio

   Official Position: Schenectady County Police Sergeant

   Address: Schenectady, NY 12309

b.  Defendant: <u>Brian S. Gray, ESQ (office of Robert M. Carney)</u>
<u>Schenectady District Attorney</u>

Official Position: <u>Assistant District Attorney</u>

Address: <u>612 State Street</u>
<u>Judicial Building</u>
<u>Schenectady, New York   12305</u>

c.  Defendant: <u>Mark J. Sacco</u>

Official Position: <u>Attorney - at - Law</u>

Address: <u>38 North Ferry</u>
<u>Schenectady, NY  12308</u>

Additional Defendants may be added on a separate sheet of paper.

4. PLACE OF PRESENT CONFINEMENT

a. Is there a prisoner grievance procedure at this facility?

✓ Yes          ___ No

b. If your answer to 4a is YES, did you present the facts relating to your complaint in this grievance program?

___ Yes          ✓ No

If your answer to 4b is YES,

(i) What steps did you take? <u>N|A</u>

(ii) What was the final result of your grievance? <u>N|A</u>

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? __Grievance does not cover Judicial matters__

c.  If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

___ Yes       ___ No

If your answer to 4c is YES,

(i) What steps did you take? _____

(ii) What was the final result regarding your complaint? _____

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

5.  **PREVIOUS LAWSUITS**

a.  Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

___ Yes       _✓_ No

b.  If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i.  Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

ii. Court (if federal court, name District; if state court, name County): _____

iii. Docket number: _____

iv. Name of Judge to whom case was assigned: _____

v. Disposition (dismissed? on appeal? currently pending?): _____

vi. Approximate date of filing prior lawsuit: _____

vii. Approximate date of disposition: _____

6.  **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

When I was arrested on what clearly could have been a disorderly conduct/Domestic/Harrassment, Schenectady County Police Sergeant Chriss Scaccio embellished the charge to a Robbery. In addition, the Schenectady County ADA Brian S. Gray from the office of Robert M. Carney D.A shifted the burden of proof to Plaintiff by offering his personal opinion. Clear misconduct on his part. Furthermore, when I retained Attorney Mark J. Sacco, he took the retainer and only visited me once and never offered any type of representation.

7. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Schenectady P.D (Sergeant Christopher Scaccias' arrest of Plaintiff and mislabeling of the appropiate charge. The charge should have been at least a Disorderly Conduct and possibly an harrassment. Both misdemeanors. Clearly a violation of plaintiffs due process and civil rights.

### SECOND CAUSE OF ACTION

Brian S. Gray A.D.A from District Attorney (Schenectady) Robert M. Carneys' office. Evidence at trial was legally insufficent to support the Jurys' Conclusion that the plaintiff did forcibly steal property, and in the course of the commission of the crime or of immediate flight therefrom, he caused physical injury to the victim. Prosecutor's misconduct at trial deprived defendant of a fair trial, when he during his summation, shifted the burden of proof to plaintiff by offering his person opinion.
780 N.Y.S 2d 384, 9 A.D 898, People v. Levandowski, (N.Y.A.D 3 Dept 2004)
People v. Biotte, 63 AD3d 1281, 1282-1283 (3rd Dept 2009

### THIRD CAUSE OF ACTION

Mark J. Sacco (Attorney at Law) 38 North Ferry st, Schenectady, NY 12308 took Plaintiffs Retainer of $3,000 and $2,000 worth of Home Construction and provided no legal representation. Mark J. Sacco made one or two appearances on behalf of plaintiff. Plaintiff was eventually forced to retain another Attorney.

8. **PRAYER FOR RELIEF**

**WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:

For violation of civil rights and due process, undue humiliation and stress, lost of current and future earnings, the Plaintiff hereby sues the defendants for 1.3 million U.S. dollars and/or anything else deemed just and Proper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 2/11/16

*Tejpaul Rupnarine*
Tejpaul Rupnarine
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010